```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


CLIFFORD T. BOONE,                  )
                                    )
            Petitioner,              )
                                    )
      v.                             )    No. 4:05-CV-1236-TCM
                                    )
ALAN BLAKE,                          )
                                    )
            Respondent.              )
```

**ORDER**

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss his request for an extension of time in which to file a notice of appeal [Doc. #11] is **GRANTED**.

Dated this 9th day of December, 2005

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**